**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Robert Lloyd Hammonds
Attorney at Law
2431 S. Acadian Thruway, #600
Baton Rouge LA 70808

**REHEARING ACTION: February 28, 2018**

**Docket Number: 17   00232-CA**

**PATRICIA POWELL**
**VERSUS**
**RAPIDES PARISH SCHOOL BOARD**

**Appealed from Rapides Parish Case No. 210,322**

**BEFORE JUDGES:**

    Hon. Elizabeth A. Pickett
    Hon. John E. Conery
    Hon. Candyce G. Perret

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Rapides Parish School Board** has this day been

    **DENIED.**

cc: Allison Anne Jones, Counsel for the Appellee
    Hon. Mildred Ellen Methvin, Counsel for the Appellee
    Jacques Maurice Roy, Counsel for the Appellee